UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                           :
NETALI NISSIM 1800, INC.,            :             19cv968(DLC)
                                             :
                     Plaintiff,    :           ORDER OF
           -v-                      :      DISCONTINUANCE
                                             :
RETAIL THERAPY JEWELRY, LLC, and   :
PAMELA HAKIMIAM,
                                        :
                   Defendants.   :
                                           :
--------------------------------------- X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4/12/2019

DENISE COTE, District Judge:

      It having been reported to this Court that this case has
been settled, it is hereby

      ORDERED that the above-captioned action is discontinued
without costs to any party and without prejudice to restoring
the action to this Court's calendar if the application to
restore the action is made by **April 30, 2019**.  If no such
application is made by that date, today's dismissal of the
action is with prejudice.  See <u>Muze, Inc. v. Digital On Demand,
Inc.</u>, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

      IT IS FURTHER ORDERED that the initial pretrial conference
scheduled for April 30 is adjourned <u>sine die</u>.

Dated:     New York, New York
           April 12, 2019

                                       DENISE COTE
                       United States District Judge